

FILED
May 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ RhondaU    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 CR2413 GPC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| JESUS MANUEL HERNANDEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about April 20, 2018, within the Southern District of California, defendant JESUS MANUEL HERNANDEZ, did knowingly and intentionally import 50 grams and more, to wit:  approximately 498.10 grams (1.10 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/16/18 .

ADAM L. BRAVERMAN
United States Attorney

JULIA CRISTE
Special Assistant U.S. Attorney

JUCR:lml